In re petition of Arthur J. Hoppe, insolvent debtor.

Arthur J. Hoppe, appellant, v. Sam Levenfeld, appellee. Gen. No. 28,520.

Petition for release from imprisonment under Insolvent Debtor's

Act.   Petitioner remanded to custody.   Appeal from the County Court of Cook county; the Hon. Frank S. Righeimer, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923.   Affirmed.   Opinion filed October 2, 1923.

E. Leslie Cole and R. W. Marrow, for appellant.   Morris M. Chaikin, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.